[No. 14209. *En Banc.* June 12, 1919.]

THE STATE OF WASHINGTON, *Appellant*, v. POSTAL TELEGRAPH-CABLE COMPANY, *Respondent.*[1]

Appeal from a judgment of the superior court for King county, Mackintosh, J., entered November 25, 1916, in favor of the defendant, dismissing on the pleadings an action to recover premiums due under the provisions of the industrial insurance act. Reversed in part, and affirmed in part.

*W. V. Tanner (John H. Dunbar, of counsel), for appellant.*
*O. L. Willett (W. W. Cook, of counsel), for respondent.*

ON REHEARING.

PER CURIAM.—Since the original opinion was filed in this case (101 Wash. 630, 172 Pac. 902, 176 Pac. 346), the state has waived its right to file a reply to the answer of respondent, as permitted therein. That part of the judgment must therefore be affirmed.

---

[No. 15303. Department One. June 18, 1919.]

*In the Matter of the Estate of* CHARLES BENJAMIN SMITH.
JAMES ARMSTRONG *et al., Appellants,* v. C. R. JACKSON, *State Tax Commissioner, Respondent.*[2]

Appeal from a judgment of the superior court for King county, Frater, J., entered December 3, 1918, in favor of the state tax commissioner, in an action to determine the method of computing an inheritance tax, tried to the court. Reversed.

*Kerr & McCord and Stephen V. Carey,* for appellants.
*C. R. Jackson, State Tax Commissioner,* and *Geo. G. Hannan, Assistant,* for respondent.

PER CURIAM.—The questions involved here are identical with those decided in the case of *In re Corbin's Estate, ante* p. 424, 181 Pac. 910. The trial court in this case, however, held against the contention of the executors, and entered a judgment upholding the computation of the inheritance tax as made by the state tax commissioner. For the reasons stated in the *Corbin* case, the judgment here appealed from is reversed, and the cause remanded with directions to compute the tax upon the amount going to each devisee or legatee, as a separate entity. ·

[1]Reported in 183 Pac. 429.
[2]Reported in 183 Pac. 517.